IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NO. _____

CARLA KUCHEL, individually, and
on behalf of those similarly situated,

    Plaintiff,

v.

ZIX CORPORATION,

    Defendant.
_____/

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the Middle District of Florida:

    Defendant Zix Corporation ("Zix") files this Notice of Removal and requests that the civil action styled *Carla Kuchel v. Zix Corporation*, Case No. 2023-CA-2485, which was filed in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, where it is currently pending, be removed to the United States District Court for the Middle District of Florida, Ocala Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  This Court has original jurisdiction over this action

under 28 U.S.C. §1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.  In support of this Notice, as a short and plain statement of the grounds for removal, Zix states as follows:

**Removal is Timely**

1. On August 1, 2023, Plaintiff Carla Kuchel ("Kuchel"), on behalf of herself and purporting to be acting on behalf of a class of similarly-situated plaintiffs, filed a Class Action Complaint ("Complaint") in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida.  The case number in that action is 35-2023-CA-002485.  A copy of the Complaint is attached hereto as **Exhibit 1.**

2. The Complaint alleges a single cause of action against Zix under the Florida Consumer Collection Practices Act ("FCCPA").  Specifically, Kuchel alleges that Zix violated the FCCPA when it purportedly sent her an e-statement notification at 2:08 a.m., notifying her that her billing statement was available to be viewed online.  Claimant alleges that this is a violation of the FCCPA's provision barring communications with non-consenting individuals between the hours of 9:00 p.m. and 8:00 a.m.  *See* Compl. ¶ 36.

3. Zix's registered agent was personally served with the Summons and Complaint on August 17, 2023.  On August 30, 2023, counsel for Plaintiff agreed

to a thirty-day extension for Zix to file its response to the Complaint.

4. This Notice has been timely filed within the 30-day time period allowed for removal under 28 U.S.C. § 1446(b).

5. As set forth more fully below, this Court has jurisdiction over this matter and the matter is properly removed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**There Exists Complete Diversity of the Parties**

6. Diversity of citizenship exists when a suit is between "citizens of different States." 28 U.S.C. § 1332(a)(1). Section 1332(a) requires "complete diversity" of citizenship.

7. Plaintiff alleges that she is a natural person who is a citizen of the State of Florida. Compl. ¶ 5. Plaintiff resides in Lake County, Florida. *Id.*

8. Defendant Zix is a corporation that is incorporated in the State of Delaware, with its principal place of business in Dallas, Texas.

9. Because Defendant Zix is not a resident of or has its principal place of business in Florida, Plaintiff's place of residence, there exists complete diversity of the parties. *See* 28 U.S.C. § 1332(a).

**The Amount in Controversy Exceeds $75,000**

10. The Complaint alleges a single cause of action against Zix for a violation of the FCCPA. Plaintiff alleges that she is bringing the Complaint on

3

behalf of herself, and on behalf of a similarly-situated plaintiffs whose identities will purportedly be ascertained through discovery. Compl. ¶ 27.

11. Plaintiff alleges that Zix has sent "thousands" of electronic messages similar to the one she allegedly received, so the members of the class are "believed to be so numerous that joinder of all members is impracticable." *Id.* ¶ 26.

12. The Civil Cover Sheet filed in conjunction with the Complaint states that the estimated damages in this case exceed $100,000. The Civil Cover Sheet is attached hereto as **Exhibit 2.**

13. Accordingly, the amount in controversy in this proceeding exceeds the sum of $75,000. *See* 28 U.S.C. § 1332(a).

14. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal and a true and correct copy of this Notice of Removal will be provided to Plaintiff through her counsel of record.

15. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida.

16. A copy of the docket sheet in the state matter as of Thursday, September 15, 2023 at 11:00 a.m. is attached hereto as **Exhibit 3.** A true and correct copy of the all filings in the state matter are attached hereto as **Composite Exhibit 4.**

17. By filing this Notice of Removal, Zix does not waive and shall not be deemed to waive any rights or defenses which may be available to it.

WHEREFORE, Zix respectfully request that the above-referenced action now pending in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida, be removed to the United States District Court for the Middle District of Florida, Ocala Division, and placed on the docket of this Court for further proceedings.

Submitted this 15th day of September, 2023.

Respectfully submitted,

/s/ *Adam L. Schwartz*_____
Adam L. Schwartz
Fla. Bar No. 103163
Email: aschwartz@vedderprice.com
**VEDDER PRICE**
600 Brickell Ave., Suite 1500
Miami, FL 33131
P: (786) 741-3240
F: (786) 741-3202

*Attorney for Defendant Zix Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2023, the foregoing was filed utilizing this Court's ECF system, and that a copy was served via regular mail

and e-mail to:

Jibrael S. Hindi
Jennifer G. Simil
**THE LAW OFFICES OF JIBRAEL S. HINDI**
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
jen@jibraellaw.com

*Attorneys for Plaintiff*

                                        */s/ Adam L. Schwartz*
                                        Attorney for Zix Corporation