UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARLA KUCHEL,

    Plaintiff,

v.                                                       Case No: 5:23-cv-572-JSM-PRL

ZIX CORPORATION,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Dkt. 6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of September, 2023.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record